*Form 130* (3/23)–doc 5

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Jamirah N. McCloud Ford )  Case No. 25–11750–djb
    )
    )
   Debtor(s). )  Chapter: 13
    )
    )

## Order Requiring Documents

   **AND NOW,** the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

   It is hereby ORDERED that:

   1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

      Documents and Deadline

      Means Test Calculation 122C–2 Due 5/19/25
      Plan Due 5/19/25
      Schedules A/B Due 5/19/25
      Schedules C Due 5/19/25
      Schedules D Due 5/19/25
      Schedules E/F Due 5/19/25
      Schedules G Due 5/19/25
      Schedules H Due 5/19/25
      Schedules I Due 5/19/25
      Schedules J Due 5/19/25
      Statement of Attorney Compensation Due 5/19/25
      Statement of Current Monthly Income (122C–1) Due 5/19/25
      Statement of Financial Affairs Due 5/19/25
      Summary of Assets and Liabilities Due 5/19/25

   2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

Date: May 5, 2025                                         By the Court

                                                                                                                  Derek J Baker
                                                                                                                  Judge, United States Bankruptcy Court