**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
|     Jamirah N. McCloud- Ford | : | Chapter 13 |
| | : | |
| | : | Case No. 25-11750-djb |
|     Debtor | : | |

**O R D E R**

AND NOW, upon consideration of the Debtor's Praecipe to Voluntarily Dismiss Bankruptcy Case, and after notice and an opportunity to be heard, it is hereby

ORDERED and DECREED that the Debtors chapter 13 case is DISMISSED.

Date: _____

_____
HONORABLE DEREK J. BAKER
UNITED STATES BANKRUPTCY JUDGE

**Date: May 22, 2025**